**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS, KANSAS CITY DIVISION**

| | |
|---|---|
| RONALD and MELODY LaROE, ) | |
| ) | Case No.: 2:17-cv-02487 |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| FCA US LLC, ) | |
| ) | |
| Defendant. ) | |

### FCA US LLC'S NOTICE OF FILING STATE COURT PLEADINGS

Pursuant to KS Local Rule 81.2, Defendant FCA US LLC hereby files a copy of all records and proceedings had in the proceeding styled Ronald and Melody LaRoe v. FCA US LLC, Case No. 2017-CV-000592, in the District Court of Wyandotte County, Kansas. They are attached hereto as collective Exhibit "1" and incorporated herein by this reference.

Dated: August 24, 2017          Respectfully Submitted,

**ROBERT A. KUMIN, P.C.**

By:  */s/ Craig S. Laird*
     Craig S. Laird (KS #25266)
     claird@kuminlaw.com
     6901 Shawnee Mission Parkway, Suite 250
     Overland Park, Kansas 66202
     T:  913 432-1826
     F:  913-236-7115

**THOMPSON COBURN LLP**

Kathy Wisniewski (MO #38716, to be admitted *pro hac vice*)
kwisniewski@thompsoncoburn.com
Stephen D'Aunoy (MO #54961, to be admitted *pro hac vice*)
sdaunoy@thompsoncoburn.com
Thomas L. Azar, Jr. (MO #56634, to be admitted *pro hac vice)*
tazar@thompsoncoburn.com
One US Bank Plaza
St. Louis, Missouri 63101
T:  314-552-6000
F:  314-552-7000

*Attorneys for Defendant FCA US LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 24th day of August, 2017, a copy of the foregoing Notice of Removal was electronically filed with the Court using the CM/ECF system and was served by electronic and first class mail on:

Bryce B. Bell
Bell Law, LLC
2600 Grand Blvd., Suite 580
Kansas City, MO  64108
Bryce@BellLawKC.com

Benjamin C. Fields
Stucky & Fields, LLC
214 W. 18th St., Ste. 200
Kansas City, MO 64108
ben@stuckyfields.com

A. Scott Waddell
Waddell Law Firm LLC
2600 Grand Blvd., Suite 580
Kansas City, MO  64108
scott@aswlawfirm.com

*Counsel for Plaintiffs*

  */s/ Craig S. Laird*
  Craig S. Laird (KS #25266)