# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**RONALD LAROE AND MELODY LAROE,**
**individually, and on behalf of those**
**similarly situated,**

        **Plaintiffs,**

v.                                                       Case No. 17-2487-DDC-JPO

**FCA US LLC,**
**f/k/a Chrysler Group, LLC,**
**ZF FRIEDRICHSHAFEN, INC.,**
**ZF NORTH AMERICA, INC.,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐   Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒   Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**Pursuant to the Memorandum and Order (Doc. 139) filed on March 4, 2020, plaintiffs shall take nothing and this action is dismissed without prejudice.**

   03/04/2020                                        TIMOTHY M. O'BRIEN
      Date                                          CLERK OF THE DISTRICT COURT

                                                          by:  s/ Megan Garrett
                                                              Deputy Clerk